UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MENG WANG, *on behalf of herself and others similarly situated*,

           Plaintiff,

-against-

JB LINE, INC. d/b/a JB COSMETICS,

           Defendant.

15-CV-6551

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Joshua Briones, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel.: (310) 586-3200
Fax: (310) 586-3202
jbriones@mintz.com

Date: 7-13-16

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 7-13-16

SO ORDERED

_____
U.S.D.J.

_____
Dated